```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CHEN DEKUI, et al.,                       :
                                          :
                     Plaintiffs,          :        26cv1840 (DLC)
                                          :
           -v-                            :        ORDER
                                          :
BRAG HOUSE HOLDINGS INC., et al.,         :
                                          :
                     Defendants.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 5, 2026, defendant Kingswood Capital Partners LLC ("Kingswood") filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **May 29, 2026.** It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **May 29, 2026.** Kingswood's reply, if any, shall be filed by **June 5, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **June 11, 2026** is adjourned sine die.

Dated:    New York, New York
          May 5, 2026

          _____
          DENISE COTE
          United States District Judge