UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CHEN DEKUI, et al.,                       :
                                          :
                      Plaintiffs,         :        26cv1840 (DLC)
          -v-                             :
                                          :        ORDER
BRAG HOUSE HOLDINGS INC., et al.,         :
                                          :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On May 5, 2026, defendant Kingswood Capital Partners LLC ("Kingswood") filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6), Fed. R. Civ. P. An Order of May 5 directed the plaintiff to file any amended complaint by May 29 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on May 10. Accordingly, it is hereby

ORDERED that the Kingswood's May 5 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **June 1, 2026**
- Opposition served by **June 15, 2026**
- Reply served by **June 22, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:     New York, New York
           May 11, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge

2