UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEKUI ET AL.,

Plaintiffs,

-against-

BRAG HOUSE HOLDINGS INC., ET AL.,

Defendants.

26 CIVIL 01840 (DLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated October 16, 2026, the defendants' June 1, 2026 motions to dismiss are granted. Judgment entered for the defendants and the case is closed.

**Dated:** New York, New York
October 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**